# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 73 DB 2020  (No. 48 RST 2020) |
| | : | |
| ELIZABETH CRONIN LEO | : | Attorney Registration No. 81553 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
|   FROM RETIRED STATUS | : | (Luzerne County) |

## O R D E R

**PER CURIAM**

    **AND NOW**, this 15th day of July, 2020, the Report and Recommendation of Disciplinary Board Member dated July 8, 2020, is approved and it is ORDERED that Elizabeth Cronin Leo, who has been on Retired Status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.